Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL XII

| JOSÉ FERNANDO COSCULLUELA SUÁREZ<br><br>Recurrida<br><br>V.<br><br>ALCAIDE CÁRCEL REGIONAL BAYAMÓN 105<br><br>Peticionaria | KLCE202500110 | *Certiorari* procedente del Tribunal de Primera Instancia, Sala Superior de Humacao<br><br>Caso Núm.: HSCI202500022 HSCR202300123-0124 Y 0137<br><br>Sobre: HABEAS CORPUS VISTA DE REVOCACIÓN |

Panel integrado por su presidenta, la Jueza Grana Martínez, el Juez Candelaria Rosa, la Jueza Rivera Pérez y la Jueza Díaz Rivera.

Grana Martínez, Jueza Ponente

**RESOLUCIÓN**

En San Juan, Puerto Rico, a 5 de febrero de 2025.

El recurso de epígrafe fue recibido en nuestra oficina hoy, 5 de febrero de 2025, a las 9:45am, junto a la *Urgente solicitud de auxilio de jurisdicción* presentada por el Pueblo de Puerto Rico representado por la Oficina del Procurador General. La parte peticionaria solicita la paralización de la vista señalada para hoy a las 9:00am ante el Tribunal de Primera Instancia.

El Procurador General cuestiona la decisión del foro primario de ordenar la celebración inmediata de una vista sumaria inicial de revocación de probatoria.

Luego de examinar detenidamente el expediente del presente caso, y conforme a la discreción que ostentamos para expedir un recurso de *certiorari,* declinamos ejercer la misma. Así, pues, denegamos la expedición de este recurso y la *Urgente solicitud de auxilio de jurisdicción.*

Por lo antes expuesto se deniega la expedición del auto de *certiorari.*

Número Identificador

RES2025 _____

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.

**Notifíquese inmediatamente.**

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones